**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JENNIFER NELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 05-2350-KHV** |
| **SPRINT/UNITED MANAGEMENT CO.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

In response to Defendant's Motion For Summary Judgment (Doc. #29) filed June 2, 2006, plaintiff attempts to controvert and establish facts with documents which she has not authenticated. See Plaintiff's Response And Brief In Opposition To Defendant's Motion For Summary Judgment (Doc. #31) filed June 26, 2006. For purposes of opposing defendant's motion, plaintiff must authenticate each document and attach it to an affidavit which meets the requirements of Rule 56(e). See Taylor v. Principi, 141 Fed. Appx. 705, 708, 2005 WL 1519099, *3 (10th Cir. 2005); Boilermaker-Blacksmith Nat. Pension Fund v. Gendron, 96 F. Supp.2d 1202, 1205 n.2 (D. Kan. 2000). Accordingly, the Court will not consider plaintiff's unauthenticated documents unless on or before **September 20, 2006,** plaintiff provides appropriate authentication.

Dated this 18th day of September, 2006 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge
