**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JENNIFER NELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No. 05-2350-KHV** |
| **SPRINT/UNITED MANAGEMENT CO.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

This matter is before the Court on <u>Plaintiff's Motion For Order Granting Plaintiff Leave To Communicate With Jurors</u> (Doc. #88) filed December 26, 2006 and <u>Sprint's Motion For Leave To Communicate With Jurors</u> (Doc. #89) filed January 2, 2007. The Court finds that the motions should be sustained. Pursuant to D. Kan. Rule 47.1, Linda South, Deputy Clerk, will provide counsel the names and telephone numbers of those jurors who consent to be contacted.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2007 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
